# United States Bankruptcy Court
## District of Puerto Rico

**IN RE:** ALEJANDRO FEBRES, CARLOS J
Debtor(s)

Case No. **07-3864**
Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **9/15/2007**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **60** = $ **12,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **12,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **12,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: **/s/ CARLOS J ALEJANDRO FEBRES**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL MORTGAGE**  Cr. _____  Cr. _____
# **CLAIM 5-1**  # _____  # _____
$ **1,409.66**  $ _____  $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA COOPAC**
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL MORTGAGE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)

Attorney for Debtor **Jaime Rodriguez Law Office, PSC Jaime Rodriguez-Perez**  Phone: **(787) 797-4174**

CHAPTER 13 PAYMENT PLAN

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# MASTER ADDRESS LIST

ALEJANDRO FEBRES, CARLOS J
PO Box 40656
San Juan, PR  00940-0656

DORAL FINANCIAL CORP.
PO BOX 13988
SAN JUAN, PR  00908-3988

Jaime Rodriguez Law Office, PSC
Jaime Rodriguez-Perez
Atrium Plaza Apt 28 225 Calle Oliver
San Juan, PR  00918

JC PENNEY
PO BOX 960001
ORLANDO, FL  32896-0001

ADM. RETIRO
PO BOX 42003
SAN JUAN, PR  00940-2203

RELIABLE FINANCIAL SERV
PO BOX 21382
SAN JUAN, PR  00928-1382

AEELA
PO BOX 364508
SAN JUAN, PR  00936-4508

SAMS CLUB
PO BOX 530942
ATLANTA, GA  30353-0942

ASUME
PO BOX 1975
BAYAMON, PR  00960-1975

NCO FINANCIAL SYSTEMS
PO BOX 192478
SAN JUAN, PR  00919-2478

Centennial Puerto Rico
PO Box 71514
San Juan, PR  00936-8614

SUN COM WIRELESS
PO BOX 70888
CHARLOTTE, NC  28272-0888

CITIFINANCIAL RETAIL SERVICES
PO BOX 71328
SAN JUAN, PR  00936-8428

UNIVERSAL FIDELITY
PO BOX 941911
HOUSTON, TX  77094-8911

COMMOLOCO
PO BOX 1011
BAYAMON, PR  00960-1011

VERIZON WIRELESS
SERVICIOS FINANCIEROS PO BOX 70367
SAN JUAN, PR  00936

COOPAC
PO BOX 42007
SAN JUAN, PR  00940-2007

WAL-MART
PO BOX 530927
ATLANTA, GA  30353-0927

DORAL  MORTGAGE INC
PUERTO NUEVOO
1159 AVE ROOSEVELT
SAN JUAN, PR  00920-2905